**[Dostkamd]** [Order Striking Amendment To Schedules]

ORDERED.

**Dated: July 30, 2018**

Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:18−bk−03611−CCJ
        Chapter 7

Kenneth C Cameron

_____Debtor*_____/

### ORDER STRIKING AMENDED SCHEDULE C

   THIS CASE came on for consideration, without hearing, of the Amended Schedule C filed July 26, 2018, Doc. No. 12. The Amended Schedule C is deficient as follows:

   The Amended Schedule C does not contain an appropriate unsworn declaration with signature of the Debtor in compliance with Fed. R. Bankr. P. 1008.

   Accordingly, it is **ORDERED:**

   The Amended Schedule C is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.